KATHERINE M. KASTICK, Individually and as Executrix of THEODORE H. KASTICK, Deceased, et al., Appellants, v U-HAUL COMPANY OF WESTERN MICHIGAN et al., Respondents. (Appeal No. 3.) [738 NYS2d 632] —Appeal from an order of Supreme Court, Cayuga County (Corning, J.), entered May 18, 2001, which reduced the verdict due to collateral source payments.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see*, CPLR 5501 [a] [1]). Present—Pigott, Jr., P.J., Pine, Scudder, Burns and Gorski, JJ.